United States District Court
Southern District of Texas
FILED

AUG 2 5 2009

Clerk of Court



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $

Certified Fee

Devenish Sorzano #A-072-726-945
Port Isabel Detention Center
27991 Buena Vista Blvd.
Los Fresnos, Texas 78566
B09CV196 # 3

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0000 7525 0215