UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CIVIL ACTION NO. B-09cv196 |
| DEVENISH SORZANO<br>A#072-726-945 | § § § § |

**NOTICE AND STATUS UPDATE**

The United States of America ("Plaintiff") files this notice and status update to inform the Court and the District Clerk of the following information concerning this case.

Upon entry of the Court's order allowing the least amount of force necessary to take the vital signs of Mr. Sorzano (Docket Entry Number 3), the Plaintiff attempted to take the necessary vital signs. Mr. Sorzano refused to allow Plaintiff to take his vital signs and informed the Plaintiff that he would like to discuss this matter with his attorney, Mr. David N. Etokebe. According to DHS records, Mr. Etokebe is representing Mr. Sorzano in his immigration proceedings. The undersigned immediately attempted to contact Mr. Etokebe to apprise him of these proceedings. All of the pleadings and orders of this Court have been forwarded to Mr. Etokebe. As of the time of this filing, Mr. Etokebe has not responded to communications concerning this matter. The purpose of this notice is to inform the Court and the District Clerk of the potential representation of Mr. Sorzano by Mr. Etokebe in these proceedings and to afford Mr. Etokebe the opportunity to participate in these proceedings. Mr. Etokebe will be served with this notice as indicated below.

Dated: August 25, 2009

                          Respectfully submitted,

                          TIM JOHNSON
                          United States Attorney

By:    /s/ *Victor Rodriguez*
         Victor Rodriguez
         Assistant United States Attorney
         Texas Bar Number: 24041809
         Federal I.D.: 562260
         1701 W. Highway 83 # 600
         McAllen, Texas 78550
         Phone: (956) 618 - 8010
         Fax: (956) 618 - 8016
         ATTORNEY FOR PLAINTIFF

## Certificate of Service

I hereby certify that I have served the following persons with notice of this filing in the means specified below:

David N. Etokebe
7474 Greenway Center Dr. Ste 650
Tel. 301-982-3434
Fax. 301-982-3434
via e-mail:  nde@ask-lawyers.net

                          /s/ *Victor Rodriguez*
                          Victor Rodriguez