UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 2009

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CIVIL CASE NO. B-09-196 |
| DEVENISH SORZANO | § § § | |

## ORDER

Before this court came the United States and requested an order that Devenish Sorzano end his hunger strike. Mr. Sorzano presented to the Court a letter signed by Michael A. Watkins, Assistant Field Office Director, U.S. Immigration and Customs Enforcement, dated August 31, 2009. In the letter, Watkins promised to transfer Mr. Sorzano to Maryland in exchange for Mr. Sorzano ending his strike. After reviewing the letter, and upon hearing Mr. Sorzano's agreement to end his strike, the Court issues the following order.

It is hereby ORDERED that Devenish Sorzano be transferred to Maryland on or before September 14, 2009, and if possible, by September 11, 2009. It is further ORDERED, based on his agreement to this transfer, that Mr. Sorzano will immediately end his hunger strike and allow medical personnel to examine him and to monitor his vital signs until his transfer takes place.

Signed this 1st day of September, 2009.

Andrew S. Hanen
United States District Judge